**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA JONES, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>ABERCROMBIE & FITCH TRADING CO., ABERCROMBIE & FITCH STORES, INC., and DOES 1 – 100, inclusive<br><br>    Defendants. | No. C 14-04631 WHA<br><br>**ORDER TO SHOW CAUSE** |

     In July 2014, plaintiff Samantha Jones filed a putative class action complaint in San Francisco Superior Court, alleging violation of the FLSA and California state law. The complaint alleged that Ms. Jones was employed in stores in San Francisco and Los Angeles from December 2005 to January 2014. The relevant class period, however, was "three years prior to the filing of the complaint." She then filed a first amended complaint in September 2014. Plaintiff's counsel were (and are) located in Irvine, California.

     In October 2014, defendants removed to federal court. This action was subsequently reassigned to the undersigned judge in November 2014. A notice regarding factors to be evaluated for any proposed class settlement was filed (Dkt. No. 11).

     On December 23, defendants filed a motion to transfer to the Central District of California under Section 1404(a) of Title 28 of the United States Code. Defendants indicated

that "Plaintiff does not oppose this Motion" but no supporting declaration was filed. In essence, defendants argued that the majority of the putative class members, parties, and witnesses were located in the Central District. In pertinent part, Ms. Jones worked in the Central District during the relevant time period and 54 percent of defendants' stores in California were in the Central District. Only 38 percent were in the Northern District (Talcott Decl. ¶ 4). Ms. Jones lives in Los Angeles, according to defendants' records (Talcott Decl. ¶ 3).

Plaintiff has until **JANUARY 6 AT NOON** to show cause why defendants' motion should not be granted. In pertinent part, plaintiff's counsel shall please explain why the complaint, which included a FLSA claim, was filed in San Francisco Superior Court.

**IT IS SO ORDERED.**

Dated: December 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE