**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMANTHA JONES, etc., et al.<br><br>Plaintiff(s)<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO.;<br>ABERCROMBIE & FITCH STORES, INC.,<br>et al.<br><br>Defendant(s) | CASE NUMBER<br><br>CV-15-00105-JGB (Ex)<br><br><br>**ORDER ON REQUEST FOR APPROVAL<br>OF SUBSTITUTION OR WITHDRAWAL<br>OF ATTORNEY** |

The Court hereby orders that the request of:
Abercrombie & Fitch Trading Co.
Abercrombie & Fitch Stores, Inc.    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute  Mark Kempel  who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Greenberg Traurig, LLP, 1840 Century Park East, Ste. 1900
*Street Address*

Los Angeles, CA 90067                     kemplem@gtlaw.com
*City, State, Zip*                              *E-Mail Address*

310-586-7700             310-586-7800             145219
*Telephone Number*        *Fax Number*            *State Bar Number*

as attorney of record instead of  Charles F. Barker
*List **all** attorneys from same firm or agency who are withdrawing.*


**is hereby**    ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  December 13, 2017

U. S. District Judge