COHELAN KHOURY & SINGER
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Telephone:  (619) 595-3001
Facsimile:   (619) 595-3000

THE PHELPS LAW GROUP
Marc H. Phelps (State Bar No. 237036)
Marc@phelpslawgroup.com
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Tel.: (949) 629-2533

THE CARTER LAW FIRM
Roger Carter (State Bar No. 140196)
roger@carterlawfirm.net
23 Corporate Plaza Drive, Suite 150
Newport Beach, CA 92660
Tel.: (949) 245-7500

Attorneys for Plaintiffs SAMANTHA JONES and ROBERT GROB

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMANTHA JONES and ROBERT GROB, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs<br><br>vs.<br><br>ABERCROMBIE & FITCH TRADING CO., an Ohio corporation; ABERCROMBIE & FITCH STORES, INC., and DOES 1 through 100, Inclusive<br><br>Defendants. | CASE NO. 2:15-cv-00105-JGB-E<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:  August 13, 2018<br>Time: 9:00 a.m.<br>Ctrm: 1 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on August 13, 2018 at 9:00 a.m., in Courtroom 1 of the above-captioned Court located at 3470 Twelfth Street, Riverside, California 92501, before the Honorable Jesus G. Bernal, presiding, Plaintiffs Samantha Jones and Robert Grob, on behalf of themselves and all others similarly situated, will, and hereby do, move this Court to:

1. Preliminarily approve the settlement described in the Settlement Agreement, attached as Exhibit "A" to the Declaration of Michael D. Singer filed herewith;

2. Approve distribution of the proposed Notice of Class Action Settlement and Exclusion or Opt-Out Request Form, collectively the "Notice Packet" to the Settlement Class, attached as Exhibits 1-A and 1-B to the Settlement Agreement;

3. Appoint Plaintiffs Samantha Jones and Robert Grob, as the class representatives;

4. Appoint Cohelan Khoury & Singer; Phelps Law Group; and the Carter Law Firm as class counsel;

5. Appoint CPT Group, Inc. as the Settlement Administrator; and

6. Set a hearing date for final approval of the settlement.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities; (3) the Declarations of Michael D. Singer, Marc H. Phelps, and Roger R. Carter filed herewith; (4) the records, pleadings, and papers filed in this action; and (5) upon such other documentary and oral evidence or argument as may be presented to the Court at or prior to the hearing of this Motion.

Dated: July 16, 2018               Respectfully submitted,

                                   COHELAN KHOURY & SINGER
                                   THE PHELPS LAW GROUP
                                   THE CARTER LAW FIRM

                                   By:  */s/ Michael D. Singer*
                                        Michael D. Singer
                                        Co-Counsel for Plaintiff