JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Samantha Jones,<br><br>                Plaintiff,<br><br>    v.<br><br>Abercrombie & Fitch Trading Co.;<br>Abercrombie & Fitch Stores Inc.,<br><br>                Defendants. | Case No. CV 15-00105 JGB (Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed concurrently herewith, the Motion for Final Approval of Class Action Settlement filed by Plaintiff is GRANTED. Thus, the Court:

    (1)    GRANTS final approval of the Settlement Agreement;

    (2)    AWARDS Class Counsel attorneys' fees in the amount of $2,400,000;

    (3)    AWARDS Class Counsel costs in the amount of $43,323.69;

    (4)    AWARDS $10,000.00 to Plaintiffs Jones and Grob;

    (5)    ORDERS the payment of $37,500.00 to the California Labor and Workforce Development Agency;

(6) ORDERS the payment of $154,500 to the claims administrator; and

(7) DISMISSES the Complaint WITH PREJUDICE.

Dated: November 19, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge