1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAMANTHA JONES and ROBERT GROB, individually and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ABERCROMBIE & FITCH TRADING CO., an Ohio corporation; ABERCROMBIE & FITCH STORES, INC., and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.:　2:15-cv-00105-JGB-Ex<br>Judge:　　Hon. Jesus G. Bernal<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND ENTERING JUDGMENT**<br><br>Date:　November 19, 2018<br>Time:　9:00 a.m.<br>Judge:　Hon. Jesus G. Bernal<br>Crtrm:　1<br><br>**Filed:**　July 30, 2014 |

Plaintiffs Samantha Jones and Robert Grob have filed their Motion for Order Granting Final Approval of Class Action Settlement and Entering Judgment ("Motion"). Defendants Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Stores, Inc., ("A & F" or "Defendants") do not object.

On November 19, 2018, the Court held a Fairness Hearing regarding the proposed Settlement that is the subject of this Motion. The Court has reviewed the papers submitted in this Action, including the Settlement Agreement ("Settlement Agreement"), the motions and memoranda submitted by Plaintiffs and Defendants ("Parties"), and the arguments made at the Final Fairness Hearing.

Based on the Court's full review of the record, the Court finds good cause to grant the Motion and ADJUDGES, DECREES, and ORDERS as follows:

1. Pursuant to the Order Granting Preliminary Approval of Class Action Settlement, a Notice of Class Action Settlement and Opt Out Request From were mailed to each member of the Class by first-class mail on August 30, 3018. The Class Notice informed the Class of the terms of the Settlement, of their right to receive their proportional share of the Settlement without the need to return a claim form, of their right to comment upon, request to be excluded from the Settlement or object to the Settlement, and of their right to appear in person or by counsel at the time of the Final Approval hearing to be heard regarding approval of the Settlement. Adequate periods of time were provided by each of these procedures.

2. The Court finds and determines that this notice procedure afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of the Settlement based on the response of the Class. The Court finds and determines that the notice provided in this case was the best notice practicable, which satisfied the requirements of law and due process.

3. The Court further finds and determines that the terms of the Settlement are fair, reasonable and adequate to the Class and to each Class Member and that the Settlement is ordered finally approved, and that all terms and provisions of the

Settlement should be and hereby are ordered to be consummated.

4. With respect to the Class and for purposes of approving this Settlement only, this Court finds and concludes that: (a) the members of the Class are ascertainable and so numerous that joinder of all members is impracticable; (b) there are questions of law or fact common to the settlement Class, and there is a well-defined community of interest among members of the settlement Class with respect to the subject matter of the Action; (c) the claims of Class Representatives, Plaintiff Samantha Jones and Plaintiff Robert Grob are typical of the claims of the members of the Class; (d) the Class Representatives have fairly and adequately protected the interests of the members of the Class; (e) a class action is superior to other available methods for an efficient adjudication of this controversy; and (f) the counsel of record for the Class Representatives, i.e., Class Counsel, are qualified to serve as counsel for Plaintiffs in their individual and representative capacities for the Class.

5. The Court certifies the Class, as defined below:

> All individuals who are or previously were employed in California by Abercrombie & Fitch Trading Co. or Abercrombie & Fitch Stores, Inc., classified as non-exempt employees paid on an hourly basis, and scheduled for a "call in" shift at any time during the period July 30, 2010 through August 13, 2018.

6. The Court hereby confirms Cohelan, Khoury & Singer, The Phelps Law Group, and The Carter Law Group as Class Counsel.

7. The Court hereby confirms the Plaintiffs Samantha Jones and Robert Grob as the Class Representatives in this action.

8. The Court finds and determines that the Settlement payments to be paid to all Class Members who did not request to be excluded as provided for by the Settlement are fair and reasonable. The Court hereby grants final approval to and orders the payment of those amounts be made to all such participating Class Members in accordance with the terms of the Settlement.

9. The Court finds and determines that the payment to be paid to the California Labor and Workforce Development Agency to satisfy alleged Labor Code violations pursuant to the California Labor Code's Private Attorneys General Act of 2004 ("PAGA") in the sum of $37,500 is fair and reasonable. The Court hereby grants final approval and orders the payment to Labor and Workforce Development Agency in accordance with the terms of the Settlement Agreement.

10. Pursuant to the terms of the Settlement, and the authorities, evidence and argument submitted by Class Counsel, the Court hereby awards Class Counsel attorneys' fees in the sum of $2,400,000 and reimbursement of their litigation costs in the sum of $43,323.69. The Court finds and determines that such amounts are fair and reasonable and orders the Settlement Administrator to make these payments in accordance with the terms of the Settlement Agreement.

11. The Court approves a Class Representative Service Payment in the sum of $10,000 to Plaintiff Samantha Jones and $10,000 to Plaintiff Robert Grob for their initiation of this action, work performed, the risks undertaken for the payment of costs had this case had an unfavorable outcome, stigma, general release of all claims arising from their employment, and for the benefits to be received by participating members of the Class as a result of their efforts.

12. The Court further approves payment of the fees and costs of the appointed Settlement Administrator, CPT Group, Inc., of $154,500 for services rendered and to be rendered in connection with the completion of its administrative duties pursuant to the Settlement.

13. Without affecting the finality of this Order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

14. Nothing in this order shall preclude any action to enforce the Parties' obligations under the Settlement or under this Order.

15. The Parties are hereby ordered to comply with the terms of the

Settlement.

16.     The Parties shall bear their own costs and attorneys' fees except as otherwise provided by the Settlement Agreement and this Order Granting Class Counsels' attorneys' fees and reimbursement of litigation costs.

17.     The Court hereby enters final judgment in this case accordance with the terms of the Settlement, Order Granting Preliminary Approval of Class Action Settlement, and this Order.

**IT IS SO ORDERED.**

Dated:   November 19, 2018

Hon. Jesus G. Bernal
United State District Court Judge